'08 CIV 5429

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o A.N. DERINGER, INC.,

      Plaintiff,

  - against -

M/V OOCL LONG BEACH, her engines, boilers, tackle, apparel, etc., *in rem*; ORIENT OVERSEAS CONTAINER LINE and AMCO CARGO SYSTEMS LIMITED, *in personam*,

      Defendants.
------------------------------------------------------------X

2008 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**



    NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o A.N. DERINGER, INC. and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

    ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. A.N. DERINGER, INC. is not a publicly traded company.

Dated: New York, New York
      June 13, 2008
      299-739

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

                      By: *Martin F. Casey*
                              Martin F. Casey (MFC-1415)
                              317 Madison Avenue, 21st Floor
                              New York, NY 10017
                              (212) 286-0225