UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
et al.                                                                    08 Civ. 5429 (HB)

            Plaintiff,

     - against -                                              **NOTICE AND ORDER OF
VOLUNTARY
DISCONTINUANCE**

M/V OOCL LONG BEACH etc et al.

           Defendants
------------------------------------------------------------X

     **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
      August 11, 2008
      299-739

                                                **CASEY & BARNETT, LLC**
                                               Attorneys for Plaintiff

                    By: _____
                                    Martin F. Casey (MFC-148)
                                    317 Madison Avenue, 21st Floor
                                    New York, New York 10017
                                    (212) 286-0225

**SO ORDERED:**


_____
U.S.D.J.